```
1  ROBERT S. WHITMORE
   3600 Lime Street
2  Suite #616
   Riverside, CA 92501
3  Telephone No. (951) 276-9292

4  Chapter 7 Trustee
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No.: 6:23-11535-MH |
| OKAYSOU CORPORATION, | Chapter 7 |
| Debtor. | Adv. No. 6:23-01111-MH |
| OKAYSOU CORPORATION, | CHAPTER 7 TRUSTEE'S RESPONSE TO ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED |
| Plaintiff, | |
| vs. | Hearing Set: |
| SOUXING INFO. TECH. COMPANY (CHONGQING) CO., LTD & FUDONG CAO | Date: May 15, 2024<br>Time: 2:00 p.m.<br>Courtroom: 301<br>Place: 3420 Twelfth St<br>Riverside, CA 92501 |
| Defendants. | |

    1.    The Debtor while a Debtor in Possession in Chapter 11 Filed Adversary 6:23-ap-01111-MH.

    2.    On December 28, 2023, The Chapter 11 of Okaysou Corporation was converted to a Chapter 7. On January 2, 2024, the 341(a) Notice generated by the conversion listed Larry Simons as the Chapter 7 Trustee. On that same day a second 341(a) Notice was generated listing Robert S. Whitmore as the Chapter 7 Trustee.

3. Prior to the 341(a) meeting of creditors scheduled for January 30, 2024, I was notified by the Office of the United States Trustee that they had been contacted and notified that there had been a request for the election of a different Trustee.

4. The Debtor did not appear at the 341(a) meeting of creditors on January 30, 2024 and the meeting was continued to February 27, 2024.

5. At this Meeting of Creditors, the Debtor appeared and an election was held in which Larry Simons was requested to be the Chapter 7 Trustee. The election was disputed by the Debtor through the Debtor's attorney.

6. On March 8, 2024 the Office of the United States Trustee filed its report of Disputed election.

7. On March 22, 2024 The Debtor filed a Motion For Resolution of a Disputed Election.

8. On April 17, 2024 a hearing was held stating Robert S Whitmore would remain as Trustee. The Order was lodged and became final on April 27, 2024.

9. I have contacted Tinho Mang regarding representation in this case.

WHEREFORE, Your Trustee respectfully requests a continuance of the OSC to evaluate the Adversary and take the appropriate action.

Dated: 5-1-24

ROBERT S. WHITMORE,
CHAPTER 7 TRUSTEE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3600 Lime Street, Suite #616
Riverside, CA 92501

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S RESPONSE TO ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING SHOULD BE DISMISSED** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 1, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Vahe Khojayan    vkhojayan@yklaw.us
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) May 1, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Okaysou Corporation, 603 S. Miliken Ave, Ste G, Ontario, CA 91761-8102

Fudong Cao, #56, Ruitian Rd., Yuzhong Dist., Chongqing, China 56

Souxing Information Technology Company (Chongqing) Co., LTD #56, Ruitian Rd., Yuzhong Dist., Chongqing, China 56

Judge: Hon. Mark D. Houle, 3420 Twelfth Street, Ctrm #301, Riverside, CA 92501

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May , 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5-1-24 | Suzie Malcolm-Shepard | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**